[No. 14893-5-II.   Division Two.   November 30, 1993.]

ELLA J. LEE, *Appellant*, v. E.P. ENTERPRISES, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-2-03412-7, Thomas L. Lodge, J., entered

March 20, 1991. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.